# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JEREMY CROSBY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-01157 |
| | ) | Judge Trauger |
| STATE OF TENNESSEE and | ) | |
| HENRY STEWARD, | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

On June 11, 2013, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 23) on the motions to dismiss filed by the respondents (Docket Nos. 15 and 20), recommending that the motions be granted and the petition dismissed with prejudice.

Pending before the court are Objections to the R&R timely filed by the petitioner (Docket No. 26) and a response filed by respondent Steward (Docket No. 27).

For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court finds that the petitioner's Objections lack merit. Therefore, the petitioner's Objections are **OVERRULED**. It is hereby **ORDERED** that the defendants' motions to dismiss (Docket Nos. 15 and 20) are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

 

_____
Aleta A. Trauger
United States District Judge